IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAMES M. BOSHEARS, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:07cv447 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| MICHAEL ASTRUE, COMMISSIONER OF | |
| SOCIAL SECURITY, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on September 4, 2008(Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 25, 2008, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **AFFIRMED** and this case is **DISMISSED** from the docket of this Court.

IT IS SO ORDERED.

                                                             s/Susan J. Dlott
                                                             Susan J. Dlott
                                                             United States District Judge